# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DONALD K. LANKFORD, | : | |
| | : | Case No. 3:20-mc-00001 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| WELLS FARGO HOME MORTGAGE, *et al.*, | : | **DECISION AND ENTRY** |
| | : | |
| Defendants. | : | |

The Court has reviewed the Reports and Recommendations of United States Magistrate Judge Sharon L. Ovington (ECF. Nos. 2, 12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Reports and Recommendations (ECF Nos. 2, 12) are ADOPTED in full;

2. Plaintiff's Motion to Enforce Arbitration Award and Motion to Issue an Emergency Injunctive Stay to Reestablish Possession of Property (ECF No. 1) is DENIED;

3. Plaintiff's Motion to Withdraw Motion to Enforce Arbitration Award Without Prejudice (ECF No. 3), Amended Motion for Arbitration Award (ECF. No. 4), and Motion to Withdraw (ECF. No. 8) are DENIED;

4. Defendants' Motion to Vacate Arbitration Award (ECF No. 7) is GRANTED, and this case is DISMISSED with prejudice; and

5. The case is terminated on the docket of this Court.

Date:  November 20, 2020                                         s/ Michael J. Newman
                                                                              Michael J. Newman
                                                                              United States District Judge