UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DONALD K. LANKFORD,

    Plaintiff,

vs.

WELLS FARGO HOME MORTGAGE, *et al*.,

    Defendants.

Case No. 3:20-mc-1

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

___

**ORDER AND ENTRY: DENYING PLAINTIFF'S MOTION TO ANNUL THE VACATED ARBITRATION AWARD (DOC. 18)**

___

This case is before the Court on Plaintiff's motion to annul the vacated arbitration award (doc. 18). The Clerk's judgment was entered on November 20, 2020 (doc. 16). For the reasons previously stated in this Court's report and recommendation (doc. 12) and decision and entry (doc. 15), the motion to annul the vacated arbitration award is **DENIED**. This case remains **TERMINATED** on the docket. **IT IS SO ORDERED.**

**IT IS SO ORDERED.**

Date:  February 25, 2021          s/Michael J. Newman
                                                                 Michael J. Newman
                                                                 United States District Judge